No. 64251.—Charles R. Gracie & Sons, Inc. v. United States, protests 322437–K, 328282–K, and 58/15314 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of United Enterprises et al. v. United States (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.